NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

OMNI-THERM, INC.,
*Appellant,*

v.

DAVID J. KAPPOS, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,
*Appellee,*

AND

DUPACO, INC.,
*Cross-Appellant.*

---

2010-1561,-1562

(Reexamination No. 95/000,046)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

ON MOTION

---

ORDER

Upon consideration of the Director of the United States Patent and Trademark Office's unopposed motion to reform the caption to name the Director a party,

IT IS ORDERED THAT:

The motion is granted. The cross-appellant's opening brief is due within 30 days of the date of filing of this order. The appellee's brief is due within 40 days of service of the cross-appellant's opening brief. The appellant's response/reply brief is due within 40 days of service of the appellee's brief. The cross-appellant's reply brief is due within 14 days of service of the appellant's response/reply brief.

FOR THE COURT

__JAN 1 1 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk


cc: Dean D. Small, Esq.
    Edward W. Callan, Esq.
    Raymond T. Chen, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 1 1 2011

JAN HORBALY
CLERK